UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number 05-52609 JHW

Debtor: Ronald E. Dixon

| Check Number | Creditor | Amount |
|---|---|---|
| 1696878 | Ronald E. Dixon | 1527.07 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 29, 2010